121 A.3d 433

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Matthew Bryan WOLFE, Respondent.**

**Commonwealth of Pennsylvania, Respondent**

**v.**

**Matthew Bryan Wolfe, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 12, 2015.

*ORDER*

PER CURIAM.

**AND NOW**, this 12th day of August, 2015, the Commonwealth's Petition for Allowance of Appeal at **63 MAL 2015** is **GRANTED.** The issue, as set forth by the Commonwealth, is as follows:

Whether the Superior Court of Pennsylvania's *sua sponte* determination that the ten year mandatory minimum sentence for involuntary deviate sexual intercourse (Person less than 16 years) imposed pursuant to 42 Pa.C.S.A.

§ 9718(a)(1) is facially unconstitutional is erroneous as a matter of law?

Furthermore, the matter is **EXPEDITED** and the Prothonotary is **ORDERED** to place the matter on the November 2015 Argument List, and establish an appropriate briefing schedule.

The defendant's cross-petition for allowance of appeal at **93 MAL 2015** is **HELD** pending the disposition of the Commonwealth's appeal.